# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

BOBBY TABRON, *et al.*

        Plaintiffs,

  v.

DONALD J. TRUMP

        Defendant

Case No.: 22-7121

## OPPOSED MOTION FOR SUMMARY AFFIRMANCE

Appellees Bobby Tabron and DeDivine Carter hereby file this motion for summary affirmance of the district court's decision denying Appellant Trump's motion to dismiss. Tabron and Carter sought Appellant Trump's consent for this relief, but counsel had not responded as of the time of this filing. The motion should therefore be treated as opposed.

Summary affirmance is appropriate where "no benefit will be gained from further briefing and argument of the issues presented." *Taxpayers Watchdog, Inc. v. Stanley*, 819 F.2d 294, 297 (D.C. Cir. 1987). The party moving for summary disposition "bears the heavy burden of establishing that the merits of his case are so clear that expedited action is justified." *Id.* That burden is met here after this Court's disposition of the appeal in *Blassingame v. Trump*, No. 22-5069 (D.C. Cir. Dec. 1, 2023).

As the district court earlier recognized in considering Appellant Trump's motion to dismiss on the ground of presidential immunity, this case involves "allegations and claims that are largely the same as those advanced by the U.S. Capitol Police plaintiffs in *Blassingame v. Trump*." *Tabron v. Trump*, No. 22-cv-7121, Dkt. 14, at 2 (D.D.C. Aug. 2, 2022). The district court thus denied Appellant Donald Trump's motion on the grounds set forth in its now-affirmed opinion in *Blassingame*. *Id.* ("The court already rejected President Trump's assertion of immunity in *Blassingame*. . . . The court does so again. The court does not needlessly repeat its reasoning here, but simply adopts and incorporates it by reference."). Accordingly, this Court's December 1, 2023 opinion affirming the district court's denial of immunity in *Blassingame* will control the disposition of this appeal and there is no need for, or benefit from, additional briefing and argument.

### Conclusion

The district court's denial of presidential immunity should be summarily affirmed in light of this Court's opinion and judgment in *Blassingame v. Trump*, No. 22-5069 (D.C. Cir. Dec. 1, 2023).

Respectfully submitted,

Patrick A. Malone (Bar No. 397142)
Daniel Scialpi (Bar No. 997556)

Heather J. Kelly (DC Bar No. 453154)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street, N.W., Suite 800
Washington, D.C. 20005
P: 202-742-1500
F: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com
hkelly@patrickmalonelaw.com

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 437 words, calculated using Microsoft Word's word-count function. This motion also complies with the typeface and typestyle requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in Times New Roman 14-point font, a proportionally spaced typeface.

Heather J. Kelly

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2023, I served a copy of the foregoing *via* the Court's electronic filing system (ECF) on:

Jesse R. Binnall
The Binnall Law Group,
PLLC 717 King Street,
Suite 200
Alexandria, Virginia 22314

*Attorney for the Defendant*

Heather J. Kelly