# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7120**                            **September Term, 2023**

1:22-cv-00010-APM
1:22-cv-00011-APM
1:22-cv-00034-APM

**Filed On: December 27, 2023** [2033332]

Marcus J Moore,

      Appellee

   v.

Donald J. Trump,

      Appellant

------------------------------

Consolidated with 22-7121, 22-7122

### O R D E R

Upon consideration of the unopposed motion for extension of time to file a response to the motions for summary affirmance, it is

**ORDERED** that the motion for extension of time be granted. Appellant's response is now due January 2, 2024.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                   BY:    /s/
                                                      Catherine J. Lavender
                                                      Deputy Clerk